IN THE MATTER OF THE PETITION OF M. LEGENDIE, TO VACATE AN ASSESSMENT, ETC., RESPONDENT, *v.* THE MAYOR, ETC., APPELLANT.

*Practice — appeal.*

APPEAL from an order changing the number of the petitioner's lot, from 2,168 to 2,163, in an order made on the 13th of October, 1873, vacating an assessment. The change was made to correct a mistake, which was shown to have been made in the number of the lot intended to be relieved. It appeared that the proofs were materially defective upon the hearing which resulted in the order vacating the assessment, and for that reason the correction of the mistake was opposed. The objection, however, was disregarded, and the mistake corrected. No appeal was taken from the order by which the assessment was directed to be made. The General Term *held*, that it was to be assumed that the court intended that the petitioner should be relieved from the assessment, he complained of as unlawful, and that was upon the lot represented by the corrected number; that all that was done by the order appealed from was to rectify this mistake; that if the appellant desired to procure a review of the first order it must appeal from that.

*William Barnes*, for appellant. *Herbert A. Shipman*, for respondent.

Opinion by DANIELS, J. DAVIS, P. J., and BRADY, J., concurred.

Order affirmed, with ten dollars costs and disbursements.